JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GENE R. MOON, | Case No. 8:20-cv-00144-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: November 20, 2020

_____
JOHN D. EARLY
United States Magistrate Judge